

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-19-00534-CV

**EP ENERGY COMPANY**,
Appellant

v.

**STOREY MINERALS, LTD**, Maltsberger/Storey Ranch, LLC, and Rene Barrientos, Ltd.,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 18-05-00083-CVL
The Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellees/cross-appellants have filed a motion for extension of time in which to file their brief. The motion is GRANTED. Appellees'/cross-appellants' brief is due on or before October 26, 2020.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court